```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  08-23141-CIV-MORENO
                              MAGISTRATE JUDGE P. A. WHITE

PAUL H. MOORE,                     :

         Petitioner,               :

v.                                 :        REPORT OF
                                            MAGISTRATE JUDGE
WALTER MCNEIL,                     :

         Respondent.               :
_____    :
```

The pro-se petitioner, Paul H. Moore filed a petition for writ of habeas corpus. The petition is clearly filed in the wrong court and opened incorrectly. The petition is addressed to the Supreme Court of Florida, and is filed pursuant to Rule 3.850.

It is therefore recommended that this case be dismissed without prejudice so that the petitioner may file his pleadings in the Florida Supreme Court.

If the petitioner has exhausted his claims in the state court, and wishes to bring his issues to the United States District Court for the Southern District of Florida, he may file an amended petition with his objections, on the proper habeas corpus form used in federal court.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.


Dated this 14th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Paul H. Moore, <u>Pro Se</u>
     DC #K63389
     Wakulla CI
     Address of Record

2