UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 08-23141-CIV-MORENO**

PAUL H. MOORE,

    Petitioner,

vs.

WALTER MCNEIL,

    Respondent.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Habeas Corpus **(D.E. No. 1)**, filed on **November 12, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 3)** on **November 17, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 3)** on **November 17, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice so that the Petitioner may file his pleadings in the Florida Supreme Court. The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of November, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record